IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAMES D. OLDHAM, III and JEAN OLDHAM,
Individually and as Husband and Wife                                  PLAINTIFFS

VERSUS                                           CIVIL ACTION NO. 3:14CV153-SA-JMV

GELCO CORPORATION, HEWLETT-PACKARD
COMPANY, CHRISTOPHER L. LESTER, JOHN DOE and
TOWER INSURANCE COMPANY OF NEW YORK                         DEFENDANTS

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TOWER INSURANCE COMPANY OF NEW YORK**

THIS MATTER came before this Court on the parties Joint Motion for Dismissal Without Prejudice wherein the parties informed this Court that the parties have agreed to a dismissal of the claims against Tower Insurance Company of New York and requested that this Court enter a dismissal without prejudice of all Plaintiffs' claims against Defendant Tower Insurance Company of New York with each party to bear their own costs. Based upon the representations of the parties and having reviewed the record, this Court finds that the Joint Motion for Dismissal Without Prejudice is well-taken and due to be granted.

It is therefore, ORDERED, ADJUDGED, AND DECREED that the Joint Motion for Dismissal Without Prejudice is granted, and that all claims against Defendant Tower Insurance Company of New York, only, are hereby dismissed without prejudice with each party to bear their own costs.

SO ORDERED, this the 10th day of February, 2015.

                                                      /s/ Sharion Aycock
                                                      **U.S. DISTRICT JUDGE**